# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**BRANDI CURBO**                                                                                    **PLAINTIFF**

**v.**                               **Case No. 3:21-cv-00208-KGB**

**COMMISSIONER,**
**SOCIAL SECURITY ADMINISTRATION**                                     **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that the Commissioner's decision is affirmed and that plaintiff Brandi Curbo's complaint is dismissed with prejudice (Dkt. No. 2).  The relief requested is denied.

It is so adjudged this the 6th day of February, 2023.

_____
Kristine G. Baker
United States District Judge